# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:25-mj-10 |
| Carlos Jose Hernandez Romero | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 1, 2025** in the city/county of **Arlington** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1112(a), (b) | Involuntary manslaughter |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Alexander E. Blanchard
*Printed name and title*

*Complainant's signature*

Michael Lentine, USPP Investigator
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephone** *(specify reliable electronic means)*.

Date: January 2, 2025

*Judge's signature*

City and state: Alexandria, Virginia

Hon. William B. Porter, U.S. Magistrate Judge
*Printed name and title*